## S00A0672. DORSEY v. THE STATE.
(528 SE2d 257)

THOMPSON, Justice.

Defendant's counsel filed a suggestion of death, pointing out that defendant died in prison pending this appeal. Accordingly, the appeal is dismissed as moot. *Grogan v. State,* 248 Ga. 312 (283 SE2d 899) (1981); *Buttrum v. State,* 248 Ga. 306 (283 SE2d 899) (1981); *McLendon v. State,* 220 Ga. App. 205 (469 SE2d 551) (1996).

*Appeal dismissed. All the Justices concur.*

DECIDED MARCH 27, 2000.

*Duana R. Sanson,* for appellant.
*J. Tom Morgan III, District Attorney, Barbara B. Conroy, Maria Murcier-Ashley, Assistant District Attorneys, Thurbert E. Baker,*

*Attorney General, Paula K. Smith, Senior Assistant Attorney General, Wylencia H. Monroe, Assistant Attorney General,* for appellee.